IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cr-00200-RK |
| ) | |
| JOSE LUIS BRAVO, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 29, 2023, Magistrate Judge Jill A. Morris issued a Report and Recommendation (Doc. 581), recommending that the Court deny Defendants Anthony Doll and Jose Luis Lopez-Valdez's motions to suppress (Docs. 496, 494, respectively)[1] to the extent they request a *Franks*[2] hearing on the WT-9 wiretap affidavit.

No party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id.* After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts in full the findings and recommendation made by Magistrate Judge Morris. Accordingly, the Court **ORDERS** that: (1) the Report and Recommendation of Magistrate Judge Morris (Doc. 581) is **ADOPTED**, and (2) the motions to suppress (Docs. 494 and 496) are **DENIED** to the extent they request a *Franks* hearing on the WT-9 wiretap affidavit.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 13, 2023

---

[1] Defendants Jose Luis Bravo, Jose Guadalupe Razo, Miguel Tarin-Martinez, Antonio Martinez-Munoz, Eusebio Ramirez-Ceja, Oscar Adrian Molina-Angulo, Rodrigo Manrique Razo, Alejandro Castillo-Ramirez, Ramon Moreno-Hernandez, Jaime Ramirez-Ceja, Jose Luis Rodriquez-Valerio, and Lopez-Valdez joined Defendant Doll's motion to suppress. (Docs. 492, 498, 499, 501, 505, 511, 514, 515, 517, 518, 519, 525.)

[2] *Franks v. Delaware*, 438 U.S. 154 (1978).