IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-cr-00200-RK |
| (1) JOSE LUIS BRAVO, et al., | ) |
| Defendants. | ) |

**ORDER**

On February 6, 2024, Magistrate Judge Jill A. Morris issued her Report and Recommendation (Doc. 635) concluding that the Court should deny Defendant Jose Guadalupe Razo (Doc. 507).[1] Defendant Razo filed an objection to the Report and Recommendation (Doc. 637).[2] After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Morris in full. Accordingly, after careful consideration and review, the Court **ORDERS** that:

(1) the Report and Recommendation (Doc. 635) is **ADOPTED**;

(2) the motions to join (*see* note 1 and note 2) are **GRANTED**;

(3) Defendant Razo's objection (Doc. 637) is **OVERRULED**; and

(4) Defendant Razo's motion to dismiss (Doc. 507) is **DENIED**.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 8, 2024

---

[1] Twelve defendants filed motions to join Defendant Razo's motion to dismiss: Jose Luis Lopez-Valadez (Docs. 491, 498, 566), Jaime Ramirez-Ceja (Docs. 492, 572), Eusebio Ramirez-Ceja (Docs. 499, 565), Rodrigo Manrique Razo (Docs. 501, 564), Anthony Edward Doll (Docs. 508, 557), Jose Luis Bravo (Docs. 509, 563), Miguel Tarin-Martinez (Docs. 510, 567), Antonio Martinez-Munoz (Doc. 513, 558), Oscar Adrian Molina-Angulo (Docs. 517, 573), Jose Luis Rodriquez-Valerio (Docs. 518, 574), Ramon Moreno-Hernandez (Docs. 519, 571), Alejandro Castillo Ramirez (Docs. 525, 570)

[2] Eleven defendants filed motions to join Defendant Razo's objection: Anthony Edward Doll (Doc. 638), Jose Luis Bravo (Doc. 639), Rodrigo Manrique Razo (Doc. 640), Jaime Ramirez-Ceja (Doc. 641), Alejandro Castillo-Ramirez (Doc. 642), Antonio Martinez-Munoz (Doc. 643), Miguel Tarin-Martinez (Doc. 644), Ramon Moreno-Hernandez (Doc. 645), Eusebio Ramirez-Ceja (Doc. 649), Jose Luis Rodriguez-Valerio (Doc. 650), Oscar Adrian Molina-Angulo (Doc. 652).